United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13237-amc
Maureen Elizabeth Calder                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: John              Page 1 of 1              Date Rcvd: Dec 05, 2016
                                Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db              +Maureen Elizabeth Calder,    360 Radford Court,    Glen Mills, PA 19342-2042
NONE            +Darlington Woods Condominium Association,    c/o Scott F. Waterman, Esquire,
                 110 W. Front Street,    Media, PA 19063-3208
13769522        +Darlington Woods Condominium Association,    400 Ashley Court,    Glen Mills, PA 19342-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Dec 06 2016 01:51:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2016 01:51:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2016 01:51:10    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANTHONY A. FRIGO    on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of    Darlington Woods Condominium Association
               scottfwaterman@gmail.com, scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Maureen E. Calder a/k/a : Chapter 13
Maureen E. Herron :
Debtor : No. 16-1327-amc

## STIPULATED ORDER SETTLING MOTION FOR RELIEF

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Commencing December 1, 2016, the Debtor shall resume making post petition condominium association payments to Darlington Woods Condominium Association ("Movant" or "Darlington Woods") (presently in the amount of $298.00 a month, but subject to change in the future) due on the first of each month;

2. In addition, the Debtor acknowledges that as of November 28, 2016 she owes Darlington Woods $804.00 representing the November, 2016 assessment of $298.00 and $20.00 late fees, counsel fees of $310.00 and bankruptcy court costs of $176.00. Beginning December 1, 2016, the Debtor shall pay to Darlington Woods and additional $202.00 a month (in addition to her regular monthly payment) until her post petition balance is paid off in full. Payments shall be sent directly to Darlington Woods, 400 Ashley Court, Glen Mills, PA 19342.

3. In the event the Debtor fails to timely make the payments under Sections 1 or 2 above or if the case is converted to Chapter 7, Darlington Woods shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within TEN (10) days of the date of said notice. If Debtor should fail to cure the default within TEN (10) days, Darlington Woods may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay to proceed to collect the post petition assessments

due and owing and to enforce its statutory lien on the debtor's premises, including, but not limited to its right to take possession of the premises. The Debtor is only entitled to receive a total of three (3) default notices during the remainder of the debtor's bankruptcy. Should the debtor be in default a third time, Darlington Woods may immediately file the Certification of Default without mailing a default notice, and the Court shall enter said Order.

4. The provisions of this stipulation do not constitute a waiver by Darlington Woods of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the Condominium Association Declaration of Covenants & Easements and By-Laws, and applicable law.

5. The parties agree that a facsimile signature shall be considered an original signature and counsel warrant that they are authorized to sign this Stipulation on behalf of their clients.

Date: November 29, 2016

s/Scott F. Waterman
**SCOTT F. WATERMAN, ESQUIRE**
Attorney for Movant -

Date: November 21, 2016

**ANTHONY A. FRIGO, ESQUIRE**
Attorney for Debtor

Approved by the Court this 5th day of December, 2016.

BY THE COURT:

**ASHELY M. CHAN,**
Bankruptcy Judge