**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Maureen E. Calder : Chapter 13
      a/k/a Maureen Herron : 

      Debtor : No. 16-13237-amc

**PRAECIPE TO WITHDRAW OBJECTION TO THE DEBTOR'S**
**CHAPTER 13 PLAN**

TO THE CLERK:

Kindly withdraw without prejudice Darlington Woods Condominium Association's Objection to confirmation of the Debtor's Amended Chapter 13 Plan.

Respectfully Submitted,

**WATERMAN & MAYER, LLP.**

Dated: December 19, 2016    **By:** */s/ Scott F. Waterman*
    Scott F. Waterman, Esquire
    Attorney for Darlington Woods
    Condominium Association
    110 West Front Street
    Media, PA 19063
    (610) 566-6177