## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>　　　　　　　Debtor | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>　　　　　　　Moving Party<br>　　　vs. | |
| Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>　　　　　　　Debtor | NO. 16-13237 AMC |
| William C. Miller Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **06/23/2016**.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

December 19, 2016