# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                 Chapter 13

                                 Bankruptcy No. 16-13237-AMC

      MAUREEN ELIZABETH CALDER

      360 Radford Court

      Glen Mills, PA 19342

            Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      MAUREEN ELIZABETH CALDER

      360 Radford Court

      Glen Mills, PA 19342

Counsel for debtor(s), by electronic notice only.

      ANTHONY A FRIGO ESQ
      175 STRAFFORD AV
      SUITE 1
      WAYNE, PA 19087-

                            /S/ William C. Miller

Date: 12/29/2016                      _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee