**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Maureen E. Calder | : | Chapter 13 |
| | a/k/a Maureen Herron | : | |
| | Debtor | : | No. 16-13237-amc |

### DARLINGTON WOODS CONDOMINIUM ASSOCIATION'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S SECOND CHAPTER 13 PLAN

TO THE CLERK:

Kindly withdraw Darlington Woods Condominium Association Objection to the Debtor's Second Amended Plan [Document 16] regarding the above matter.

                                        Respectfully Submitted,

                                        **WATERMAN & MAYER, LLP.**

Dated: March 9, 2017              **By:** */s/ Scott F. Waterman*
                                                Scott F. Waterman, Esquire
                                                Attorney for Darlington Woods
                                                Condominium Association
                                                110 West Front Street
                                                Media, PA 19063
                                                (610) 566-6177