# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OFPENNSYLVANIA

| | : | |
|---|---|---|
| IN RE:  IN RE:  Maureen Elizabeth Calder | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No.    16-13237 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The debtor(s), IN RE: Maureen Elizabeth Calder, has/have filed a Motion For Court Approval of Modification of the Amended Chapter 13 Plan with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

1. If you do not want the court to grant the releif sought in the motion or if you want the court to consider your views on the motion, then on or before June 20, 2017 you or your attorney must do <u>all</u> of ther following:

    (a) file an answer explaining your position at

    Clerk of the Bankruptcy Court
    United States Bankruptcy Court
    For the Eastern District of Pennsylvania
    Robert C. Nix Building
    900 Market Street
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Anthony A. Frigo
    The Law Offices of Anthonyt A. Frigo
    175 Strafford Ave., Suite One
    Wayne, PA 19087
    610.687.7784

1. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on June 27, 2017 at 11:00 AM in Courtroom #5, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.

      3.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: <u>May 24, 2017</u>