# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  IN RE:  Maureen Elizabeth Calder Debtor(s) | : : : | Chapter 13  No.    16-13237 |

## ORDER

AND NOW, this  15th  day of  August , 2017 at Philadelphia it is **ORDERED AND DECREED** that:

the modification of the Chapter 13 Plan is approved.

Cc:  See attached service list

Ashely M. Chan
United States Bankruptcy Judge

| | |
|---|---|
| **Debtor/Co-Debtor**<br>Maureen Elizabeth Calder<br>360 Radford Court<br>Glen Mills, PA 19342 | **Trustee**<br>William C. Miller<br>1234 Market Street<br>Suite 1813<br>Phialdelphia, PA 19107 |
| **Debtors Attorney**<br>Anthony A. Frigo<br>175 Strafford Ave., Suite One<br>Wayne, PA 19087 | **United States Trustee**<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |
| **M&T BANK**<br>Mr. Matteo S. Weiner, Esq.<br>c/o KML Law Group<br>701 Market St., Suite 5000<br>Philadelphia, PA 19107 | |