United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-13237-amc
Maureen Elizabeth Calder                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John                 Page 1 of 1               Date Rcvd: Aug 16, 2017
                              Form ID: pdf900            Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Maureen Elizabeth Calder,    360 Radford Court,    Glen Mills, PA 19342-2042
NONE           +Darlington Woods Condominium Association,     c/o Scott F. Waterman, Esquire,
                110 W. Front Street,    Media, PA 19063-3208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:20      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:47:51        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2017 01:48:08      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANTHONY A. FRIGO    on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of    Darlington Woods Condominium Association
               scottfwaterman@gmail.com, scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| IN RE:  IN RE:  Maureen Elizabeth Calder | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No.     16-13237 |

**ORDER**

AND NOW, this   15th   day of   August  , 2017 at Philadelphia it is

**ORDERED AND DECREED** that:

the modification of the Chapter 13 Plan  is approved.

Cc:  See attached service list

Ashely M. Chan
United States Bankruptcy Judge

| | |
|---|---|
| **Debtor/Co-Debtor** | **Trustee** |
| Maureen Elizabeth Calder<br>360 Radford Court<br>Glen Mills, PA 19342 | William C. Miller<br>1234 Market Street<br>Suite 1813<br>Phialdelphia, PA 19107 |
| **Debtors Attorney** | **United States Trustee** |
| Anthony A. Frigo<br>175 Strafford Ave., Suite One<br>Wayne, PA 19087 | Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |
| **M&T BANK**<br>Mr. Matteo S. Weiner, Esq.<br>c/o KML Law Group<br>701 Market St., Suite 5000<br>Philadelphia, PA 19107 | |