# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 16-13237-AMC

MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342

Counsel for debtor(s), by electronic notice only.

ANTHONY A FRIGO ESQ
175 STRAFFORD AV
SUITE 1
WAYNE, PA 19087-

Date: 12/18/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee