United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13237-amc
Maureen Elizabeth Calder                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Apr 04, 2018
                            Form ID: 167            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db              +Maureen Elizabeth Calder,    360 Radford Court,    Glen Mills, PA 19342-2042
13734638        +M&T Bank,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13840451        +M&T Bank,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13722647         E-mail/Text: camanagement@mtb.com Apr 05 2018 01:54:57      M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
13742088         E-mail/Text: camanagement@mtb.com Apr 05 2018 01:54:57      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANTHONY A. FRIGO    on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com,
               frigoar70666@notify.bestcase.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of    Darlington Woods Condominium Association
               scottfwaterman@gmail.com, scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maureen Elizabeth Calder
    Debtor(s)

Case No: 16−13237−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Objection to

Certification of Default
filed by creditor M&T Bank

    on: 5/8/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/4/18

Timothy B. McGrath
Clerk of Court