Document      Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>                    Debtor | Chapter 13 |
| M&T Bank<br>            v.<br>Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>            and<br>William C. Miller Esq.<br>                    Trustee | NO. 16-13237 AMC |

## ORDER

AND NOW, this 8th day of May, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 17, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 360 Radford Court Glen Mills, PA 19342.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder
360 Radford Court
Glen Mills, PA 19342

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Anthony A. Frigo Esq.
175 Strafford Avenue
Suite One
Wayne, PA 19087

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532