United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-13237-amc
Maureen Elizabeth Calder                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: May 08, 2018
                              Form ID: pdf900         Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +Maureen Elizabeth Calder,    360 Radford Court,    Glen Mills, PA 19342-2042
NONE           +Darlington Woods Condominium Association,    c/o Scott F. Waterman, Esquire,
                 110 W. Front Street,    Media, PA 19063-3208
13734638       +M&T Bank,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13840451       +M&T Bank,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 09 2018 02:10:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13722647        E-mail/Text: camanagement@mtb.com May 09 2018 02:09:55      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
13742088        E-mail/Text: camanagement@mtb.com May 09 2018 02:09:55      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANTHONY A. FRIGO    on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com,
           frigoar70666@notify.bestcase.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN    on behalf of    Darlington Woods Condominium Association
           scottfwaterman@gmail.com, scottfwaterman@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>　　　　　　Debtor | Chapter 13 |
| M&T Bank<br>　　　　v.<br>Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 16-13237 AMC |

**ORDER**

AND NOW, this 8th day of May, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 17, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 360 Radford Court Glen Mills, PA 19342.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Maureen Elizabeth Herron aka Maureen E. Herron aka Maureen Herron aka Maureen Calder
360 Radford Court
Glen Mills, PA 19342

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Anthony A. Frigo Esq.
175 Strafford Avenue
Suite One
Wayne, PA 19087

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532