# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-13237-AMC

MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MAUREEN ELIZABETH CALDER

  360 RADFORD COURT

  GLEN MILLS, PA 19342

Counsel for debtor(s), by electronic notice only.

  ANTHONY A FRIGO ESQ
  175 STRAFFORD AV
  SUITE 1
  WAYNE, PA 19087-

                                    /S/ William C. Miller

Date: 6/1/2018                          _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee