UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAUREEN ELIZABETH CALDER                           Chapter 13

                    Debtor           Bankruptcy No. 16-13237-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __17th__ day of __July__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY A FRIGO ESQ
175 STRAFFORD AV
SUITE 1
WAYNE, PA 19087-

Debtor:
MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342