United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-13237-amc
Maureen Elizabeth Calder                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 2                Date Rcvd: Jul 17, 2018
                             Form ID: pdf900             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db         +Maureen Elizabeth Calder,   360 Radford Court,   Glen Mills, PA 19342-2042
NONE       +Darlington Woods Condominium Association,   c/o Scott F. Waterman, Esquire,
            110 W. Front Street,   Media, PA 19063-3208
13789918    Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13722644   +Commonwealth Financial,   245 Main St,   Dickson City, PA 18519-1641
13769522   +Darlington Woods Condominium Association,   400 Ashley Court,   Glen Mills, PA 19342-2046
13793859    ECMC,   Po Box 16408,   Saint Paul MN 55116-0408
13840451   +M&T Bank,   c/o THOMAS I. PULEO,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
            Philadelphia, PA 19106-1541
13734638   +M&T Bank,   c/o ANDREW F GORNALL,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
            Philadelphia, PA 19106-1541
13722648   +National Recovery,   4201 Crums Mill Rd,   Harrisburg, PA 17112-2893
13722650    Pennsylvania Dept. of Revenue,   Dept 280948,   Harrisburg, PA 17128-2601
13726699   +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
            Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:53    City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:33
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13722643   +E-mail/Text: bknotices@conduent.com Jul 18 2018 02:17:09    Acs/Jp Morgan Chase Ba,
            501 Bleecker St,   Utica, NY 13501-2401
13722645    E-mail/Text: cio.bncmail@irs.gov Jul 18 2018 02:16:23    Internal Revenue Service,
            Unsolvency Unit,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13722646   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:16:21    Kohls/Capone,
            N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13722647    E-mail/Text: camanagement@mtb.com Jul 18 2018 02:16:28    M & T Bank,   1 Fountain Plz,
            Buffalo, NY 14203
13742088    E-mail/Text: camanagement@mtb.com Jul 18 2018 02:16:28    M&T Bank,   P.O. Box 840,
            Buffalo, NY 14240-0840
13722649   +E-mail/Text: bankruptcynotices@psecu.com Jul 18 2018 02:17:06    P S E C U,
            1500 Elmerton Ave,   Harrisburg, PA 17110-2990
13741014   +E-mail/Text: bankruptcynotices@psecu.com Jul 18 2018 02:17:06    PSECU,   PO BOX 67013,
            HARRISBURG, PA 17106-7013
13722651   +E-mail/Text: bankruptcy@sw-credit.com Jul 18 2018 02:16:44    Southwest Credit Syste,
            4120 International Pkwy,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANTHONY A. FRIGO    on behalf of Debtor Maureen Elizabeth Calder anthonyfrigo@msn.com,
           frigoar70666@notify.bestcase.com

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Jul 17, 2018
                               Form ID: pdf900             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of    Darlington Woods Condominium Association
               scottfwaterman@gmail.com, scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAUREEN ELIZABETH CALDER                                      Chapter 13

                    Debtor              Bankruptcy No. 16-13237-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this __17th__ day of __July__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY A FRIGO ESQ
175 STRAFFORD AV
SUITE 1
WAYNE, PA 19087-

Debtor:
MAUREEN ELIZABETH CALDER

360 RADFORD COURT

GLEN MILLS, PA 19342